<u>**CRIMINAL PROCEEDINGS –**</u>   Video Arraignment/Plea Agreement Hearing
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge: Candy W. Dale | Date: January 25, 2022 |
| Courtroom Deputy/ESR: Amy Tate | Time: 2:09-2:54 PM MT |
| | Location: Zoom |

**UNITED STATES OF AMERICA vs. RONY RAEANN CHAVEZ**
**Case No.:** 1:22-cr-00001-DCN-1

Counsel for United States: AUSA David Morse
Counsel for Defendant: Miles Pope, FD (previously appointed)

Defendant consented to proceed via video.   All parties appeared via Zoom.

☒  Defendant has copy of charging document
　　☒ **Information**
☒  Rights advised.
Defendant placed under oath.
☒Waiver of Indictment executed.
☒Waiver of Right to District Judge executed.
Defendant found competent to enter a knowing and voluntary plea.
Defendant is satisfied with representation of counsel.
Government stated for the record the elements and evidence of the charge(s).
Defendant advised of the sentencing guidelines and maximum penalties.
Defendant's Constitutional Rights explained.
Defendant agrees with the elements of the charge(s) as stated by the Government.
Plea Agreement discussed and Defendant understands the terms of the agreement.
Defendant entered a plea of guilty to Count(s) 1 of the Information.
Plea accepted by the Court.
**Sentencing set before Judge David C. Nye: April 26, 2022 at 2:00 PM**
Court ordered a presentence investigation report.
　　Original report to Counsel:   March 15, 2022
　　Notification of Objections: March 29, 2022
　　Final Report Due: April 12, 2022
☒Report and Recommendation shall be entered.
The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to be released.   Order Setting Conditions of Release entered.

<u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.</u>