Nicole Owens
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
RONY RAEANN CHAVEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONY RAEANN CHAVEZ, ) <br> ) <br> Defendant. ) <br> ) | CR22-001-DCN <br><br> UNOPPOSED MOTION TO <br> CONTINUE SENTENCING |

TO:   RAFAEL M. GONZALEZ, JR, ACTING UNITED STATES ATTORNEY
       DAVID MORSE, ASSISTANT UNITED STATES ATTORNEY

RONY RAEANN CHAVEZ, by and through her attorney of record, Miles Pope, for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue her sentencing hearing for no less than ninety (90) days. Sentencing is currently scheduled for April 26, 2022. Undersigned counsel

requests additional time to finalize the ongoing mitigation investigation in preparation for the hearing.

Given that Ms. Chavez has entered her guilty plea, there are no speedy trial issues raised by this motion. However, to the extent she has a right to a speedier sentencing, Ms. Chavez waives that right in connection with this motion. Ms. Chavez is aware of and agrees with this motion to continue her sentencing hearing.

This motion is unopposed by the government.

Accordingly, Ms. Chavez respectfully requests the Court to continue her sentencing for no less than ninety (90) days.

Dated: March 31, 2022

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:

/s/ Miles Pope
Miles Pope
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
RONY RAEANN CHAVEZ

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION TO CONTINUE SENTENCING, was served on all parties named below on this 31st day of March, 2022.

| | |
|---|---|
| David Morse, Assistant U.S. Attorney<br>Office of the United States Attorney<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702<br>David.Morse@usdoj.gov | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |

Dated: March 31, 2022              /s/ Joy Fish
                                   Joy Fish