Nicole Owens
FEDERAL PUBLIC DEFENDER
Mark Ackley
First Assistant
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
RONY RAEANN CHAVEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONY RAEANN CHAVEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:22-cr-001-DCN <br><br> Affidavit in Support of Defendant's Unopposed Motion to Continue Sentencing |

Mark Ackley, being first duly sworn upon oath, deposes and says:

1.  I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. That our office has been appointed by the Court to represent Rony Raeann Chavez in this matter and the sentencing hearing is currently set for November 14, 2022.

3. I was assigned to this case as co-counsel on September 22, 2022. The primary attorney, Mile Pope, is out of the office on extended leave. However, he is continuing to handle significant aspects of this representation, including the coordinating of the mental health evaluation with our expert. Importantly, given Mr. Pope's long-standing relationship with Ms. Chavez, continuity of his representation is necessary to ensure that she receives effective assistance of counsel. That said, I am familiarizing myself with the case and plan to meet with Ms. Chavez soon. Nevertheless, it will take some additional time for me to come completely up to speed if indeed I need to represent her at sentencing and/or identify and file any objections to the presentence report. Accordingly, I am requesting a sixty-day extension so that Ms. Chavez receives effective assistance at her sentencing.

4. In connection with this request, I contacted counsel for the government, Assistant United States Attorney David J. Morse, who advised that the government has no objection to this request for a continuance, but that he would object to any further extensions.

5. I certify that this motion is brought in good faith and not for any purpose of improper delay.

6. Given that Ms. Chavez has entered her guilty plea, there are no speedy trial issues raised by this motion.

Accordingly, Ms. Chavez respectfully requests the Court to continue her sentencing for no less than sixty (60) days.

Dated: October 17, 2022

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Mark Ackley
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Defendant
RONY RAEANN CHAVEZ